**GLOBAL SOURCING GROUP, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant– Appellant.**

No. 2009–1422.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS- MISSED under Fed. R.App. P. 42(b).

**SHIRE LLC, Plaintiff–Appellee,**

v.

**SANDOZ, INC., Defendant–Appellant.**

No. 2009–1180.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS- MISSED under Fed. R.App. P. 42(b).